UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

V.                                :     CASE NO. 3:09-CR-246(RNC)

MAURICE MILLIGAN                  :


FINAL ORDER

The defendant is charged in a single-count indictment with possession of ammunition in violation of 18 U.S.C. § 922(g)(1). The ammunition was discovered in the course of a search of the defendant's vehicle following a traffic stop. On May 4, 2011, the defendant's motion to suppress the ammunition was granted insofar as it sought a determination that the search of the vehicle violated the Fourth Amendment. A violation having been found, the parties were given an opportunity to submit briefs on the issue whether suppression would be the proper remedy. The Government has informed the Court that it does not intend to take further steps to oppose the motion to suppress and will promptly move to dismiss the indictment after a final suppression order issues. Accordingly, it is hereby ordered that the ammunition seized from the defendant's vehicle is suppressed. The Clerk will close the motion.

So ordered this 28th day of June 2011.

_____/s/ RNC_____

Robert N. Chatigny
United States District Judge